UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020

Betty Pettway,

                              Plaintiff,

            -against-

The Long Island Railroad Company,

                              Defendant.

1:18-cv-05869 (SDA)

ORDER SCHEDULING
FINAL PRETRIAL CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear via telephone for a final pretrial conference in the above-captioned matter on Friday, February 21, 2020, at 10:00 a.m. EST. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:      New York, New York
            February 12, 2020

_____
STEWART D. AARON
United States Magistrate Judge