USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020

LAW OFFICES
# FREDRIC M. GOLD PC
A PROFESSIONAL CORPORATION

**FREDRIC M. GOLD**

212.244.2740
FAX 212.244.2258

www.myrailroadlawyer.net
fredricmgold@verizon.net

LAURIE HOCKMAN
LEGAL ASSISTANT

February 12, 2020

Honorable Magistrate Judge Stewart D. Aaron
U.S. District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re: Pettway v. The LIRR
        18 Civ 5869 (SDA).

Dear Judge Aaron:

> Application GRANTED. The trial scheduled to commence on March 2, 2020 is hereby adjourned until May 4, 2020. The final pretrial conference scheduled for February 21, 2020 is adjourned until Tuesday, April 21, 2020 at 11:00 a.m. and shall be held via telephone. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED.
> Dated: February 14, 2020

    As the docket will reflect, a trial in the above referenced action is presently scheduled for March 2, 2020. The parties have been working toward a settlement and are hopeful that this case can be settled shortly.

    However, I was recently scheduled to undergo a surgical procedure on February 25, 2020 which will make it impossible for me to prepare and proceed on March 2, 2020 with a trial should this matter not settle.

    I have spoken with Andrew Muccigrosso, attorney for the defendant, and he has consented to an adjournment in the event we do not settle this matter. There have been no previous requests for the relief requested herein.

    Mr. Muccigrosso has informed me that he will be away from March 20-30, 2020 and we would therefore request a new trial date, if possible for the Court, in April 2020.

    Wherefore it is respectfully requested that the trial presently scheduled for March 2, 2020 be adjourned to a date in April convenient to the Court.

    Your consideration of this request is most appreciated by the undersigned.

Respectfully,

Fredric M. Gold
Andrew Muccigrosso, Esq. (VIA ECF)