UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Betty Pettway,

          Plaintiff,

-against-

The Long Island Railroad Company,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2020

1:18-cv-05869 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments, and in accordance with the Court's March 27, 2020 Standing Order, the jury trial scheduled to commence on May 4, 2020 is hereby adjourned *sine die*. The final pretrial conference scheduled for April 21, 2020 also is adjourned *sine die*.

No later than Monday, April 13, 2020, the parties shall propose to the Court two weeks, prior to September 2020, that the parties are available for trial. Subject to the Court's schedule, the Court shall select one of the two weeks during which the trial will be held.

**SO ORDERED.**

DATED:    New York, New York
             March 30, 2020

                                                */s/ Stewart D. Aaron*
                                                STEWART D. AARON
                                                United States Magistrate Judge