USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Betty Pettway,

                Plaintiff,

-against-

The Long Island Railroad Company,

                Defendant.

1:18-cv-05869 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Due to the global health pandemic, the Court is unable to commence a jury trial on September 28, 2020, as currently scheduled. It is hereby Ordered that, no later than Monday, August 24, 2020, the parties shall file a joint letter indicating whether the parties consent to a bench trial to commence on September 28, 2020 and, if not, proposing new trial dates in early 2021.

**SO ORDERED.**

DATED:    New York, New York
               August 17, 2020

_____
STEWART D. AARON
United States Magistrate Judge